USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RONI PINEDA,

           Plaintiff,

-against-

MP2UL CORP. and JUNG LEE,

           Defendants.

18-CV-0914 (KHP)

**ORDER OF DISMISSAL**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement to resolve the action after a settlement conference, placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). In light of the totality of the relevant circumstances presented to the court in the settlement conference and for the reasons set forth on the record during the *Cheeks* hearing, it is hereby ORDERED that:

    1.    The Court finds that the terms of the settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

    2.    In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs.

4. The Clerk of Court is directed to close this case on the Docket of the Court.

**SO ORDERED.**

Dated: New York, New York
September 26, 2018

_____
KATHARINE H. PARKER
United States Magistrate Judge

Copies to:

All counsel (via ECF)